PROB 12B
(7/93)

Report Date: July 31, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 07 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Pete B. Huckaby              Case Number: 2:05CR00221-004

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 06/29/2006          Type of Supervision: Supervised Release

Original Offense: Bank Fraud, 18 U.S.C. § 1344    Date Supervision Commenced: 05/03/2007

Original Sentence: Prison - 12 Days; TSR - 36 Months    Date Supervision Expires: 05/02/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22  You shall complete 8 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than August 31, 2007.

### CAUSE

Mr. Huckaby is currently serving a term at Bannum House of Spokane, a residential reentry center (RRC). On July 18, 2007, he checked out of the RRC after being granted a pass to attend an AA/NA meeting at the Alanon Club. Attendance at these meetings is part of his required substance abuse treatment. Bannum staff did a random community check at the Alanon Club to verify residents were attending. Mr. Huckaby was not at the location. When he returned to the RRC, he was confronted with this information. He admitted he had gone to his girlfriend's residence instead of the AA/NA meeting. Any unauthorized locations in the community are a violation of the RRC program rules.

The completion of 8 hours of community service will reinforce the importance of complying with program rules at Bannum. It is hoped that the actions taken in this matter meet the expectations of the Court. Please advise this officer should Your Honor require a different course of action or a Court appearance by the defendant.

Respectfully submitted,

by  *[signature]*

Matthew Thompson
U.S. Probation Officer
Date: July 31, 2007

Prob 12B
**Re: Huckaby, Pete B**
**July 31, 2007**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

August 6, 2007
Date